Bddo

FILED
AUG 11 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:26-cr-168 |
| v. | ) | (52 U.S.C. § 10307(e)) |
| | ) | (52 U.S.C. § 20511(2)(B)) |
| | ) | |
| JEFFREY POPE | ) | **[UNDER SEAL]** |

**INDICTMENT**

General Allegations

The grand jury charges:

1. Since in and around 1999, defendant JEFFREY POPE was lawfully registered to vote in, Apollo, Pennsylvania, a municipality located within Westmoreland County, in the Western District of Pennsylvania.

2. On or about November 1, 2023, defendant JEFFREY POPE purchased a private property in the State of Alaska.

3. On or about October 3, 2024, defendant JEFFREY POPE completed and submitted a voter registration and absentee ballot application for the State of Alaska, requesting a mail-in ballot for the November 2024 general election to be sent to his address in Apollo, Pennsylvania.

4. On or about October 6, 2024, a Pennsylvania mail-in ballot for the November 2024 election was sent to defendant JEFFREY POPE's address in Apollo, Pennsylvania.

5. On or about October 12, 2024, an Alaska mail-in ballot for the November 2024 election was sent to defendant JEFFREY POPE's address in Apollo, Pennsylvania.

6. On or about October 18, 2024, defendant JEFFREY POPE submitted a mail-in ballot to election authorities in Alaska for the November 2024 general election, which included the election for the office of President of the United States. On that mail-in ballot, the defendant cast

a vote for the office of President of the United States, which was received by the election authorities in Alaska on or about October 25, 2024.

7. On or about October 22, 2024, defendant JEFFREY POPE submitted a mail-in ballot to election authorities in Pennsylvania for the November 2024 general election, which included the office of President of the United States. On that mail-in ballot, the defendant cast a vote for the office of President of the United States, which was received by the election authorities in Pennsylvania on or about October 23, 2024.

## COUNT ONE

8. On or about October 22, 2024, in the Western District of Pennsylvania and elsewhere, defendant JEFFREY POPE knowingly, willfully, and expressly for the purpose of having his vote count more than once, voted more than once in a general election held solely and in part for the purpose of selecting and electing a candidate for the office of President of the United States and the presidential elector. Specifically, defendant JEFFREY POPE voted twice for the office of President of the United States, first by completing and submitting on or about October 18, 2024, a mail-in ballot and casting a vote for this federal office in Alaska, and then by completing and submitting on or about October 22, 2024, a mail-in ballot and casting a vote for this federal office in Pennsylvania, and knowingly and willfully signing a false declaration with his ballot submission in Pennsylvania stating that he was qualified to vote the enclosed ballot and had not already voted in this election.

In violation of Title 52, United States Code, Section 10307(e).

**COUNT TWO**

The grand jury further charges:

Paragraphs 1 through 7 of this Indictment are realleged as if fully set forth herein.

From on or about October 18, 2024, to on or about October 22, 2024, in the Western District of Pennsylvania and elsewhere, defendant JEFFREY POPE knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement, casting, and tabulation of a ballot that was known by him to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, defendant JEFFREY POPE cast a fraudulent ballot in Westmoreland County, Pennsylvania, when he voted for the office of President of the United States knowing it was his second ballot cast in the same election and for the same office.

In violation of Title 52, United States Code, Section 20511(2)(B).

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955